# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: : 355 South Grand Avenue, Los Angeles, California 90071

A true and correct copy of the foregoing document described as

**DIRECTORS AND OFFICERS' REPLY IN SUPPORT OF THE DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT OF ADVERSARY PROCEEDING NO. 11-90354-LA**

will be served in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *January 25, 2012*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David P. Simonds    dsimonds@akingump.com,
- cpadien@akingump.com;
- tsouthwell@akingump.com;
- eseitz@akingump.com;
- kimh@akingump.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

|  |  |
|---|---|
|  |  |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  *January 25, 2012*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Gregory K. Jones<br>gjones@stutman.com<br>Scott H. Yun<br>syun@stutman.com<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067<br>Counsel to the Debtor<br><br>Served by Email | David A. Ortiz<br>David.a.ortiz@usdoj.gov<br>Office of the U.S. Trustee<br>402 West Broadway, Suite 600<br>San Diego, CA  92101<br><br><br>Served by Email |

LA\2430487.1

| | |
|---|---|
| Kathryn R. Norcross –Senior Counsel<br>knorcross@FDIC-R.gov<br>Dennis J. Early – Counsel<br>dearly@FDIC-R.gov<br>Federal Deposit Insurance Corporation<br>3501 Fairfax Drive, VS-D<br>Arlington, VA  22226<br><br>Served by Email | Jeffrey Isaacs<br>Jeffrey.isaacs@procopio.com<br>Gerald P. Kennedy<br>Gerald.kennedy@procopio.com<br>Procopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200<br>San Diego, CA  92101<br><br>Served by Email |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/25/12 | Kathryn Bowman | /s/ Kathryn Bowman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

LA\2430487.1