# Notice Recipients

District/Off: 0974–3    User: tbobis    Date Created: 5/28/2013
Case: 11–90354–LA    Form ID: pdfO6    Total: 3

**Recipients of Notice of Electronic Filing:**
aty     David P. Simonds     dsimonds@akingump.com
aty     Robert A. Klyman     ROBERT.KLYMAN@lw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
            Philip E. Strok     650 Town Center Dr. Ste. 950     Costa Mesa, CA 92626

TOTAL: 1