CSD 3005 [10/01/12]
Name, Address, Telephone No. & I.D. No.

Philip E. Strok, State Bar No. 169296
WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: (714) 996-1000

ENTERED MAY 28 2013
FILED
MAY 22 2013
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re IMPERIAL CAPITAL, INC.

Debtor

BANKRUPTCY NO. 09-19431-LA11

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
IMPERIAL CAPITAL BANCORP, INC.,

Plaintiff(s)

ADVERSARY NO. 11-90354

v. NORVAL L. BRUCE, ET AL.

Defendants(s)

## PRO HAC VICE APPLICATION AND ORDER THEREON

I, Ana M. Montoya, hereby petition the above-entitled Court to permit me to appear and participate in this case on behalf of [creditor/debtor(s) name(s)] Committee of Unsecured Creditors of Imperial Capital and in support of application state:

My residence address is 47 Pembrook Dr., Mineola, NY 11501
My office address is 600 Third Ave., 2nd Floor, New York, NY 10016
My State Bar Membership Number is _____
That, on May 23, 2012, I was admitted to practice before New York state courts;
and am currently in good standing and eligible to practice in said court;

That I am not currently suspended or disbarred in any other court;

That I [ ] (have) [✓] (have not) currently or within the year preceding this application made any pro hac application to this Court.

(If previous application made, complete the following)

Title of Case: _____
Case Number: _____     Date of Application: _____
Application  [ ] granted    [ ] denied
Dated:

Signature of Applicant

### ORDER

IT IS ORDERED that the pro hac application is hereby approved.

Dated: 22 May 2013

Judge, United States Bankruptcy Court

CSD 3005

CSD 3005 (Page 2) [10/01/12]

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.



Name: Philip E. Strok

Firm: Weiland, Golden, Smiley, Want Ekvall & Strok, LLP

Address: 650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

State Bar Membership No.: 169296

Telephone No.: (714) 996-1000

I hereby consent to the above designation.

DATED: 5/3/2013

Signature of Designee Attorney

Received, $206.00 for Court Library fee

_____
Deputy Clerk, United States District Court

## PRO HAC VICE (for this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, may upon written application and in the discretion of the Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if the attorney (1) resides in California, (2) is regularly employed in California, or (3) is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence, office address, and State Bar Membership Number; (2) by what court the attorney has been admitted to practice and the date of admission; (3) that the attorney is in good standing and eligible to practice in said court; (4) that the attorney is not currently suspended or disbarred in any other court; and (5) if concurrently or within the year preceding this current application the attorney made any pro hac vice application to this Court, the title and the number of each matter wherein application was made, the date of application, and whether or not the application was granted. The attorney shall also designate in the application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. The attorney shall file with such application the address, telephone number, and written consent of each designee.

Fee:    $206.00 Library fee, payable to Clerk, United States District Court
        Please complete and return the library card with this application.

Application, fee, and library card should be mailed directly to:

Barry K. Lander, Clerk
United States Bankruptcy Court
325 West "F" Street
San Diego, California 92101-6991

CSD 3005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## LIBRARY

APPLICANT Ana M. Montoya
(Please print)

600 Third Ave., 2nd Floor
(Mailing address)

New York, NY 10016

**FEES PAID**

646-571-2440
(Telephone)

(Date)    (Amount)

(Signature)

(Initials)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## LIBRARY

APPLICANT Ana M. Montoya
(Please print)

600 Third Ave., 2nd Floor
(Mailing address)

New York, NY 10016

**FEES PAID**

646-571-2440
(Telephone)

(Date)    (Amount)

(Signature)

(Initials)



## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Official Committee of Unsecured
Creditors of Imperial Capital Bancorp,   Plaintiff,

v.

Norval L Bruce, et al.
                                          Defendant.

Civil No. 12-00271-CAB-WMC

**PRO HAC VICE APPLICATION**

Plaintiff
Party Represented

I, __Ana M. Montoya__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Law Office of Ethan A. Brecher, LLC
Street address: 600 Third Ave., 2nd Floor
City, State, ZIP: New York, NY 10016
Phone number: 646-571-2440
Email: ana@ethanbrecherlaw.com

FILED
MAY 17 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

That on __5/23/2012__ I was admitted to practice before __New York__
         (Date)                                         (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have)  ☒ have not)  concurrently or within the year preceding this application made
any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Philip E. Strok                              714-966-1000
(Name)                                        (Telephone)

Weiland, Golden, Smiley, Want Ekvall & Strok, LLP
(Firm)

650 Town Center Drive, Suite 950     Costa Mesa              92626
(Street)                              (City)                 (Zip code)

(Signature of Applicant)

- VIA FAX -

Case 3:12-cv-00354-WMC Document 21 Filed 05/22/13 Pg. 5 of 5

I hereby consent to the above designation.

*(Signature of Designee Attorney)* — Philip E. ___

**RECEIVED**
MAY 07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY $206.00 (R) 50649 DEPUTY

The pro hac vice application is hereby approved for filing.

Date 5/13/13

Received $206.00 for Court Library fee

_____ Deputy Clerk

It is so Ordered

_____

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, he/she is in good standing and eligible to practice in said court, (4) that he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number and written consent of such designee.

**Fee:** $206.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, California 92101

↓ admitted CASD 8/29/1996

→ CASD Pro hac App attached for reference.