CSD 3011 [03/11/13]
Name, Address, Telephone No. & I.D. No.

Law Office of Ethan A. Brecher, LLC
600 Third Avenue, 2nd Floor
New York, NY 10016
646-571-2440

Order Entered on
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>IMPERIAL CAPITAL, INC.<br><br>Debtor. | BANKRUPTCY NO. 09-19431-LA11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF<br>IMPERIAL BANCORP, INC.<br><br>Plaintiff(s) | ADVERSARY NO. 11-90354 |
| v.<br>NORVAL L. BRUCE, ET AL.<br><br>Defendants(s) | |

## SUBSTITUTION OF ATTORNEY
## AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through _____ with exhibits, if any, for a total of _____ pages, is granted.

//

//

//

//

DATED: July 11, 2013

_Louisa DeCarl Adler_
Judge, United States Bankruptcy Court

CSD 3011

CSD 3011 [03/11/13](Page 2)
ORDER ON **SUBSTITUTION OF ATTORNEY AND ORDER THEREON**
DEBTOR: IMPERIAL CAPITAL, INC.

CASE NO.: 09-19431-LA11
ADV. NO.: 11-90354

1. The name of the party making this Substitution of Attorney is : OFFICIAL COMMITTEE OF UNSECURED

2. The Present Attorney is substituted out as attorney or record.

   Specify name of Present Attorney: DAVID P. SIMONDS, Akin Gump Strauss Hauer & Feld LLP

3. In place and stead of the Present Attorney, the Party's new legal representative shall be:

   [✔] New Attorney   [ ] Party representing self.

4. The name, address and telephone number of the New Attorney are:

   Attorney Name: ETHAN A. BRECHER       State Bar Number: NY 2471340

   Address: LAW OFFICE OF ETHAN A. BRECHER, LLC 600 THIRD AVENUE, 2ND FLOOR

   NEW YORK, NEW YORK 10016

   Telephone: 646-571-2440       Facsimile: 888-821-0246

   E-Mail (Optional): ethan@ethanbrecherlaw.com

5. New Attorney hereby appears in the following matters: [✔] Bankruptcy Case  [✔] The above Adversary Proceeding

I consent to this substitution.

Dated: July 8, 2013

/s/ Daniel R. Brown
Signature of Party

Type Name of Party: Daniel R. Brown

I consent to this substitution.

Dated: July 8, 2013

/s/ David P. Simonds
Signature of Present Attorney

Type Name of Present Attorney: David P. Simonds, Akin Gump Strauss Hauer & Feld

I consent to this substitution.  I am duly admitted to practice in this district.

Dated: July 8, 2013

/s/ Ethan A. Brecher
Signature of New Attorney

Type Name of New Attorney: Ethan A. Brecher

**IMPORTANT NOTICE**

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code.  See Local Bankruptcy Rule 2014 regarding the requirements and procedures for making an application to employ an attorney.

CSD 3011

Signed by Judge Louise DeCarl Adler July 11, 2013