# Notice Recipients

District/Off: 0974–3      User: tbobis      Date Created: 7/11/2013
Case: 11–90354–LA      Form ID: pdfO6      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty      Ethan A. Brecher      600 Third Ave. 2nd Flr.      New York, NY 10016

TOTAL: 1